THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ROBERT DELEO, Appellant.

*People* v. *Deleo*, 156 App. Div. 895, affirmed.
(Submitted June 16, 1913; decided June 20, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 4, 1913, which affirmed a judgment rendered at a Trial Term for the county of New York upon a verdict convicting the defendant of criminally receiving stolen goods.

*Milton M. Goldsmith* for appellant.

*Charles S. Whitman, District Attorney* (*Louis Fabricant* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.